**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kyle Gregory NONNEMAN,**
**Defendant–Appellant.**

No. 07–30185.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 5, 2008.

Filed Feb. 14, 2008.

David L. Atkinson, United States Attorney's Office, Portland, OR, for Plaintiff–Appellee.

Thomas E. Price, Esq., Salem, OR, for Defendant–Appellant.

Before: RYMER, T.G. NELSON, and PAEZ, Circuit Judges.

MEMORANDUM *

Kyle Gregory Nonneman appeals the district court's sentence imposed on revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We affirm the district court's sentence.

In imposing a sentence, the district court does not have the power to order the Bureau of Prisons to provide Nonneman with a mental-health treatment program. *See* 18 U.S.C. §§ 3621, 4001, 4042; 28 C.F.R. § 0.96; *Downey v. Crabtree*, 100 F.3d 662, 670–71 (9th Cir.1996).

AFFIRMED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

